DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ELVIRA KAHRIMANOVIC,

Appellant,

v.

THE ILLAS GROUP, INC., d.b.a. McDonald's Restaurants, a
Florida for profit corporation,

Appellee.

No. 2D2025-0557

_____

June 3, 2026

Appeal from the Circuit Court for Hillsborough County; Jennifer
Gabbard, Judge.

David M. Caldevilla of de la Parte, Gilbert, McNamara & Caldevilla, P.A.,
Tampa, for Appellant.

George M. Duncan and Chris I. Hall of Garrison, Yount, Forte, &
Mulcahy, L.L.C., Tampa, for Appellee.

PER CURIAM.

    Affirmed.

NORTHCUTT, LaROSE, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior publication.